JS - 6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS TULIO MARTINEZ-SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary of the Department of Homeland Security, et al.,<br><br>Respondents. | Case No. 5:18-cv-02592-JGB-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is granted and that respondents shall release petitioner under reasonable conditions of supervision.

IT IS SO ADJUDGED.

DATED: October 8, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE